UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Lasean Jackson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County
John Stroger Jr.
Salvador Godinez
Doctor E. Couture
Dentist ?

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV4646
JUDGE DER YEGHIAYAN
MAG. JUDGE BROWN

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: Never

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Never Filed for a lawsuit before

I. Approximate date of disposition: None

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

I. **Plaintiff(s):**

   A. Name: Lasean Jackson

   B. List all aliases: None

   C. Prisoner identification number: 20070080624

   D. Place of present confinement: Cook County

   E. Address: P.O. Box 089002 Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Cook County

      Title: Jail

      Place of Employment: Cook County

   B. Defendant: John Stroger, JR.

      Title: President of Cook County

      Place of Employment: Cook County

   C. Defendant: Salvador Godinez

      Title: Director of Cook County DOC

      Place of Employment: Cook County

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant: Dr. E. Couture
   Title: Medical director for Cermak
   Place of employment: Cook County

E. Defendant: Dentist ?
   Title: I don't know his name, in medical file
   Place of employment: Cook County

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I been here at the Cook County Jail for 8 months since Oct. 24, 2007. During the time I had 3 enormous Cavaties (Holes) in my teeth. They really started putting in massive pain around November, they was swelling my gums up back and forth. I had started requesting to get them pulled out, I started to ask the C.O at that time C.O Lucas to get me down to Cermak I really need my teeth pulled out, I'm in alot of pain, he told me all he can do is give me a sick call, I'll have to put down on the sheet my problem, then send it in to them, and they will call me down to the Dentist to get them pulled out. That hadn't worked so after consistently requesting how bad the problem was with my teeth and how bad it had got, he and several other officers told me all they could do was give me the sick sheet to fill out. I constently filled the sheet out numerous of times back to back. Over that period my gums have

got infected and swollen badly, I could not eat much, the only thing that would calm the pain down was Ibuprofen's, but by me not really being able to eat could have caused me to have liver damage, or damaged my stomach because you are suppose to eat food before taking a Ibuprofen. Over the time of me trying to get down to Cermak to the dentist (Div. Physician) to get my teeth pulled I would most days cry from the pain and would starve because I couldn't eat. Evenually some of the ~~detainees~~ detainee's here at the County Jail told me to put in greviouses (complaints) about my pain and suffering so about 3 months ago In April I started putting in greviouses, complaints. I was asking the County Social worker about me getting down to Cermak, She said to keep putting in greviouses, I told her I was gone. File for a lawsuit. They finally called me down 6-30-08 and pulled one out but after it was pulled out they didn't give me any pain killers or medicine for my teeth in case of infection, and afterwards I was still in pain from the medical procedure, all they gave me was some gauges for the bleeding. I went through alot of pain and suffering.

5

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the Court to appoint Counsel for my Compensation pain and suffering these 7 long months.

VI. The plaintiff demands that the case be tried by a jury.  ☐ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 08

_(Signature)_
(Signature of plaintiff or plaintiffs)

Lasean Jackson
(Print name)

20070080624
(I.D. Number)

P.O. Box 089002 Chicago, IL 60608
(Address)

6

Revised 9/2007

Part – B / Control #: 2007 X0988

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

**Detainee's Last Name:** Jackson  **First Name:** Lasean  **ID#:** 2007-1080624

**Is This Grievance An Emergency?** YES ☐  NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges denial of dental care

**C.R.W. Referred Griev. To:** Cermak  **Date Referred:** 05/30/08

**Response Statement:** Referred to Div. Physician

C. Smith — C. Smith  **Date:** 6/3/08  **Div./Dept:** CHS
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

Supt W. Thomas — [signature]  **Date:** 6/4/08  **Div./Dept:** IX
(print- name of Supt./Designee/Dept. Admin.) (signature of Supt./Designee/Dept. Admin.)

J. Mueller — [signature]  **Date:** 6/3/08
(print- name of Prog. Serv. Admin./Asst. Admin.) (signature of Prog. Serv. Admin./Asst. Admin.)

**Date Detainee Received Response:** 6/5/08  **Detainee Signature:** [signature]

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** 6/5/08

**Detainee's Basis For An Appeal:** I have not been called about the cavatie problem yet.

**Appeal Board's Acceptance Of Detainee's Request:** YES ☐  NO ☒

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**
Per Cermak Admin., detainee is on a waiting list.

**Appeal Board's Signatures / Dates:** [signatures] 6/23/08

**Date Detainee Rec'd the Appl. Bd.'s Response:** [signature]  **Detainee Signature:** [signature]

6-25-08

**GRIEVANCE CODE(S):** ( ) ( ) ( )

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 2008 X 0988

Referred To: Cermak

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Jackson  First Name: LaSean

ID #: 2007-0080624  Div.: 9  Living Unit: 3F  Date: 5/29/08

BRIEF SUMMARY OF THE COMPLAINT: I have 3 cavities in my mouth, I have alot of pain, my mouth is swollen and I need to need pulled out.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
3 cavities in my mouth

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: [signature]

C.R.W.'S SIGNATURE: [signature]  DATE C.R.W. RECEIVED: 05/30/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)